■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM DOWNS, Appellant. [712 NYS2d 389] —Appeal by the defendant from a judgment of the Supreme Court, Westchester

County (Perone, J.), rendered April 30, 1998, convicting him of criminal possession of a controlled substance in the third degree, criminal possession of a controlled substance in the fourth degree, and criminal possession of a controlled substance in the seventh degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution, we find that it was legally sufficient to establish his guilt beyond a reasonable doubt (*see, People v Contes,* 60 NY2d 620). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are without merit. Joy, J. P., S. Miller, Luciano and Smith, JJ., concur.